UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES JERROD SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2794** |
| **RANDY SEAL** | **SECTION: "H"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Defendant Randy Seal's Motion to Dismiss is **DENIED AS MOOT**.

New Orleans, Louisiana, this 13th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE